UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                            Chapter 11

KOLLEL MATEH EFRAIM, LLC, a/k/a                  Case No. 04-16410 (SMB)
MATEH EPHRAIM LLC, a/k/a
KOLEL MATEH EFRAIM

        Debtor.
---------------------------------------------------------x

## NOTICE OF APPEAL

        Kollel Mateh Efraim, LLC, a/k/a Mateh Ephraim LLC, a/k/a Kolel Mateh Efraim ( the "Debtor"), appeals under 28 U.S.C. § 158(a) to the United States District Court for the Southern District of New York from the order of Stuart M. Bernstein, United States Bankruptcy Judge, dated March 6, 2007 and entered March 7, 2007 in a contested matter in this bankruptcy case (ECF Docket No. 99).

        The names of all the parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Debtor/Appellant**

        The Debtor, Kollel Mateh Efraim, LLC, a/k/a Mateh Ephraim LLC, a/k/a Kolel Mateh Efraim

        Represented by:

        Abraham Backenroth, Esq. (AB-1989)
        Scott Krinsky, Esq. (SK-2049)
        Backenroth, Frankel & Krinsky, LLP
        489 Fifth Avenue
        New York, New York 10017
        Tel: (212) 593-1100

Appellee

Helen May Holdings, LLC

Represented by:

David Carlebach, Esq.
40 Exchange Place
New York, New York 10005
Tel: (212) 785-3041   (DC-7350)

Dated: New York, New York
       March 15, 2007

        BACKENROTH FRANKEL & KRINSKY, LLP

By:    s/Scott Krinsky (SK-2049)
       489 Fifth Avenue
       New York, New York 10017
       Tel: (212) 593-1100