UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re                                                                                  Chapter 11

KOLLEL MATEH EFRAIM, LLC, a/k/a                         Case No. 04-16410 (SMB)
MATEH EPHRAIM LLC, a/k/a
KOLEL MATEH EFRAIM

                            Debtor.

-----------------------------------------------------------x

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES FOR APPEAL**

        Kollel Mateh Efraim, a/k/a Mateh Ephraim LLC, a/k/a Kolel Mateh Efraim ("Debtor" or "Appellant"), pursuant to Federal Rule of Bankruptcy Procedure 8006, for its designation of items to be included in the record and statement of the issues for appeal, states as follows:

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

| Exhibit Number | ECF Docket Number | Description |
|---|---|---|
| 1 | 54 | Transcript of Hearing held on July 20, 2005 |
| 2 | 39 | Debtor's Notice of Proposed Order, with attachments |
| 3 | 40 | Debtor's Notice of Settlement of Order, with attachments |
| 4 | 41 | Helen-May Holdings, LLC's ("HMH") Objection to Motion/proposed "Order Approving Settlement" |
| 5 | 42 | Debtor's Response to Objection to Proposed Order Approving Settlement |
| 6 | 43 | HMH's Objection in further Opposition to Debtor's Notice of Settlement of Proposed Order and in Reply to Debtor's Response to HMH's Objection |
| 7 | 44 | Debtor's Motion to Approve/Enforce the July 20, 2005 Settlement |

| 8 | 46 | HMH's Response to Motion to Enforce Settlement |
| 9 | 48 | Response by the Debtors to HMH's Response and in further Support of the Debtor's Motion to Enforce the July 20, 2005 Settlement Agreement |
| 10 | 52 | Transcript of Hearing held on June 28, 2005 |
| 11 | 53 | Transcript of Hearing held on November 22, 2005 |
| 12 | 55 | Written Opinion and Order Denying Motion for Summary Judgment |
| 13 | 75 | Transcript of Hearing/Trial held on July 19, 2006 |
| 14 | 77 | Transcript of Hearing/Trial held on July 24, 2006 |
| 15 | 76 | Transcript of Hearing/Trial held on July 27, 2006 |
| 16 | 79 | HMH's Findings of Fact and Conclusions of Law |
| 17 | 85 | Debtor's Findings of Fact and Conclusions of Law |
| 18 | 86 | HMH's Reply to Motion and Proposed Findings of Fact of the Debtor |
| 19 | 87 | Debtor's Designation of Testimony from the Deposition of Irene Griffin, dated August 11, 2006 |
| 20 | 88 | Debtor's Designation of Testimony from the Deposition of Gerald Orseck ("Orseck"), dated August 11, 2006 |
| 21 | 89 | Debtor's Designation of Testimony from the Deposition of Gene Barbanti ("Barbanti"), dated August 11, 2006 |
| 22 | 90 | Debtor's Designation of Testimony from the Deposition of Kirk Orseck, dated August 11, 2006 |
| 23 | 91 | Debtor's Designation of Testimony from the Deposition of Paul Griffin ("P. Griffin"), dated August 11, 2006 |
| 24 | 92 | Debtor's Designation of Testimony from the Deposition of Daniel Scher ("Scher"), dated August 11, 2006 |
| 25 | 93 | Debtor's Counter-Designation of Testimony from the Deposition of Scott Krinsky ("Krinsky"), dated December 27, 2006 |
| 26 | 95 | Memorandum Endorsement and Order signed on February 16, 2007 Striking Designations |
| 27 | 96 | Post-Trial Findings of Fact and Conclusions of Law signed on February 23, 2007 |
| 28 | 97 | HMH's Notice of Presentment of proposed order |

| | | |
|---|---|---|
| 29 | 99 | Order Denying Motion to Enforce Terms of a Settlement signed on March 6, 2007 |
| 30 | 100 | Notice of Appeal |
| 31 | | Debtor Trial Ex. 1; May 16, 2005 Consent to Change Attorney |
| 32 | | Debtor Trial Ex. 2; May 25, 2005 Memo from P. Griffin to Orseck |
| 33 | | Debtor Trial Ex. 7; July 18, 2005 settlement letter from Krinsky to Orseck |
| 34 | | Debtor Trial Ex. 8; July 19, 2005 letter from Orseck to Krinsky |
| 35 | | Debtor Trial Ex. 9; July 18, 2005 fax letter from HMH to Orseck |
| 36 | | Debtor Trial Ex. 10; Portions of Transcript of July 20, 2005 Hearing containing Settlement on the Record |
| 37 | | Debtor Trial Ex. 11; July 20, 2005 E-Mails from P. Griffin to Orseck |
| 38 | | Debtor Trial Ex. 12; July 20, 2005 E-Mail from P. Griffin to Scher: "Subject Settlement" |
| 39 | | Debtor Trial Ex. 13; July 20, 2005 Fax from HMH to Orseck |
| 40 | | Debtor Trial Ex. 14; July 20, 2005 E-Mail from P. Griffin to Scher |
| 41 | | Debtor Trial Ex. 15; July 25, 2005 E-Mail from P. Griffin to Scher: Subject "Settlement Offer" |
| 42 | | Debtor Trial Ex. 19; August 5, 2005 Fax from HMH to Orseck |
| 43 | | Debtor Trial Ex. 20; August 5, 2005 E-Mail from Scher to Orseck and P. Griffin with attached Notice of Settlement |
| 44 | | Debtor Trial Ex. 23; August 10, 2005 Letter from Orseck to Backenroth, Frankel & Krinsky, LLP ("BFK") |
| 45 | 41 | Debtor Trial Ex. 26; August 11, 2005 HMH Objection to Proposed Order Approving Settlement |
| 46 | | Debtor Trial Ex. 27; August 11, 2005 Fax from Scher to Orseck with attached Amended HMH Objection to Proposed Order Approving Settlement |
| 47 | | Debtor Trial Ex. 28; Various E-Mails and Letters from August 15, 2005 through September 7, 2005 sent by Scher, P.Griffin or Orseck and received by Scher, P.Griffin, Orseck and HMH |

| 48 |  | Debtor Trial Ex. 31; August 30, 2005 Invoice from TypeWrite Word Processing Service ("TypeWrite") and Completed TypeWrite Order Form from Scher, dated August 30, 2005, Ordering July 20, 2005 Transcript and Fax Sheet from Scher to TypeWrite |
|---|---|---|
| 49 |  | Debtor Trial Ex. 33A; August 30, 2005 E-Mail from Scher to P. Griffin re July 20, 2005 Transcript |
| 50 |  | Debtor Trial Ex. 33B; September 1, 2005 E-Mail from P. Griffin to Scher re July 20, 2005 Transcript |
| 51 |  | Debtor Trial Ex. 34; August 30, 2005 Letter from Orseck to BFK |
| 52 |  | Debtor Trial Ex. 36; September 7, 2005 Fax Letter from Orseck to Mark Frankel ("Frankel") of BFK; & September 7, 2005 Fax Letter from Frankel to Orseck |
| 53 |  | Debtor Trial Ex. 40A; August 16, 2005 E-Mail from Scher to Orseck |
| 54 |  | Debtor Trial Ex. 40B; September 6, 2005 Letter from Scher to Orseck |
| 55 |  | Debtor Trial Ex. 42; September 15, 2005 Stipulation of Substitution of Counsel |
| 56 |  | Debtor Trial Ex. 43; November 16, 2005 Orseck Motion to be Relieved as Counsel to I.Griffin & P.Griffin in the action entitled Griffin v. Chrabuszcz, Index No. 2892/03 (Sup.Ct. Sullivan Co.)(the "Griffin Action") |
| 57 |  | Debtor Trial Ex. 44; June 13, 2006 Docket Sheet for the Griffin Action |
| 58 |  | Debtor Trial Ex. 53; June 18, 2005 Letter from P.Griffin /HMH to Barbanti |
| 59 |  | HMH Trial Ex. 2; May 16, 2005 letter from Orseck to Abraham Backenroth |
| 60 |  | HMH Trial Ex. 3; June 3, 2005 letter from Orseck to Krinsky |
| 61 | 54 | HMH Trial Ex. 17; July 20, 2005 Transcript of Hearing |
| 62 |  | HMH Trial Ex. 18; Monthly Telephone Bills |

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Whether the Bankruptcy Court erred in denying the Debtor's motion to enforce the July 20, 2005 settlement made on the record in open Court between Debtor's counsel and HMH's counsel, Orseck.

2. Whether the Bankruptcy Court erred in ruling that Orseck lacked apparent authority to enter into the July 20, 2005 settlement made on the record in open Court, especially since (a) the attorneys, including HMH's counsel, Orseck, had appeared at court conferences, including a settlement conference, and were thereby required under FRCP 16(c), made applicable through FRBP 7016, to have settlement authority; (b) HMH knew that its counsel, Orseck, was discussing settlement with Debtor's counsel prior to the July 20, 2005 settlement; (c) HMH failed to promptly advise the Court of Orseck's unauthorized settlement conduct; (d) Orseck continued to represent HMH post-Settlement, including in attempting to schedule post-Settlement negotiations; and (e) HMH's counsel, Orseck, admittedly had settlement authority, albeit at higher numbers.

3. Whether the Bankruptcy Court erred in ruling that HMH met its burden of demonstrating that Orseck lacked actual authority to enter into the July 20, 2005 settlement made on the record in open Court.

The Appellant reserves the right to modify, restate and/or supplement the foregoing designation of items and statement of issues to the fullest extent permitted by the Bankruptcy Code and Rules.

Dated: New York, New York
      March 25, 2007

                          **BACKENROTH FRANKEL & KRINSKY LLP**
By: /s/ *Scott Krinsky*
     Scott Krinsky (SK-2049)
     489 Fifth Avenue, 28th Floor
     New York, New York 10017
     Tel: (212) 593-1100
     Fax: (212) 644-0544