UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re                                                            Chapter 11

    **Kollel Mateh Efraim, LLC**                          Case No. **04-16410-cb**

        Debtor.

------------------------------------------------------------------x

### APPELLEES COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Helen-May Holdings, LLC, the fee owner and licensor herein (hereinafter referred to as "Helen-May" or "Appellee") by its counsel the Law Offices of David Carlebach, Esq., as and for its Counter-Designation of Items to Be Included in the Record on Appeal hereby states as follows:

### Counter-Designation of Items to Be Included in the Record on Appeal

1. Debtor Trial Exhibits – 3, 4, 5, 16, 21, 22, 24, 25, 29, 30, 32, 33, 35, 37.

2. HMH Trial Exhibits – 1 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16.

Dated: New York, New York
      April 20, 2007

                                          **Helen-May Holdings**
                                          **By its Counsel**
                                          **LAW  OFFICES  OF  DAVID CARLEBACH, ESQ.**

                                          By:   David Carlebach (DC-7350)
                                                David Carlebach (DC-7350)
                                                40 Exchange Place
                                                New York, New York 10005
                                                (212) 785-3041