**BACKENROTH FRANKEL & KRINSKY, LLP**
489 Fifth Avenue
New York, New York 10017
(212) 593-1100

Abraham J. Backenroth
Mark A. Frankel
Scott A. Krinsky

Telecopier No.
(212) 644-0544

July 9, 2007

**BY FAX AND ECF**
The Honorable George B. Daniels
United States District Judge
United States District Court
   Southern District of New York
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

<u>Re:</u>   <u>In re: Kollel Mateh Efraim, LLC, Case No. 07cv3407 (GBD)</u>

Dear Judge Daniels:

     We are counsel to the debtor/appellant Kollel Mateh Efraim, LLC in this case. We write to respectfully request a consensual thirty (30) day extension of the deadlines set forth in the Court's May 1, 2007 Scheduling Order. You will recall, that pursuant to the Court's Scheduling Order (a) appellant's memorandum of law in support of its appeal shall be submitted by July 11, 2007; (b) appellee's opposition shall be submitted by August 8, 2007; and (c) appellant's reply shall be submitted by September 5, 2007. The parties have not made any prior requests for adjournments or extensions. The reason for the extension request is, among other things, the pendency of other urgent and time consuming bankruptcy and litigation matters, including the underlying bankruptcy case; the summer vacation schedule of this firm's senior partner, Abraham Backenroth; and the breadth of the work involved in the appeal. We also enclose a proposed amended scheduling order which extends all prior deadlines thirty (30) days, as follows (a) appellant's memorandum of law in support of its appeal shall be submitted by August 10, 2007; (b) appellee's opposition shall be submitted by September 10, 2007; and (c) appellant's reply shall be submitted by October 10, 2007.

Respectfully Submitted,

*[signature]*
Scott Krinsky

Enc:
cc: David Carlebach, Esq. (by fax)(w/o enc)