UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re

Kollel Mateh Efraim, LLC, a/k/a

<u>Debtor</u>                                                                  07cv3407 (GBD)
Kollel Mateh Efraim, LLC                                 <u>AMENDED SCHEDULING ORDER</u>

<u>Appellant</u>
Kollel Mateh Efraim, LLC

       - against -

Helen-May Holdings, LLC
                          Appellee.
----------------------------------------------------------x
GEORGE B DANIELS, District Court Judge:

      An appeal of the Order of the Bankruptcy Court of the Southern District of New York having been filed and both appellant and appellee having submitted their designation of record on appeal;

      A Scheduling Order having been issued by this Court, dated May 1, 2007, ordering that appellant's memorandum of law in support of its appeal shall be submitted by July 11, 2007, appellee's opposition shall be submitted by August 8, 2007, and appellant's reply shall be submitted by September 5, 2007, it is hereby,

      ORDERED, that the Scheduling Order is Amended, and pursuant to the Amended Scheduled Order, appellant's memorandum of law in support of its appeal shall be submitted by August 10, 2007, appellee's opposition shall be submitted by September 10, 2007, and appellant's reply shall be submitted by October 10, 2007.

      IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide one courtesy copy to United States Courthouse, 40 Centre Street, Rm 410, New York, New York 10007.

Dated:   New York, New York
        July   , 2007

                            SO ORDERED

                            _____
                            George B. Daniels, USDJ