UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In re

Kollel Mateh Efraim, LLC, a/k/a

Debtor
Kollel Mateh Efraim, LLC

Appellant
Kollel Mateh Efraim, LLC

     - against -

Helen-May Holdings, LLC
         Appellee.
-----------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 9 2007

07cv3407 (GBD)
SECOND AMENDED SCHEDULING ORDER

GEORGE B DANIELS, District Court Judge:

     An appeal of the Order of the Bankruptcy Court of the Southern District of New York having been filed and both appellant and appellee having submitted their designation of record on appeal;

     A Scheduling Order having been issued by this Court, dated May 1, 2007, ordering that appellant's memorandum of law in support of its appeal shall be submitted by July 11, 2007, appellee's opposition shall be submitted by August 8, 2007, and appellant's reply shall be submitted by September 5, 2007,

     An Amended Scheduling Order having been issued by this Court, dated July 13, 2007, ordering that appellant's memorandum of law in support of its appeal shall be submitted by August 10, 2007, appellee's opposition shall be submitted by September 10, 2007, and appellant's reply shall be submitted by October 10, 2007, it is hereby,

     ORDERED, that the Amended Scheduling Order is Amended, and pursuant to the Second Amended Scheduled Order, appellant's memorandum of law in support of its appeal shall be submitted by September 10, 2007, appellee's opposition shall be submitted by October 10, 2007, and appellant's reply shall be submitted by November 10, 2007.

     IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide one courtesy copy to United States Courthouse, 40 Centre Street, Rm 410, New York, New York 10007.

Dated:    New York, New York
          August    , 2007

AUG 0 8 2007

SO ORDERED

*George B. Daniel* (signature)
George B. Daniels, USDJ
HON. GEORGE B. DANIELS

2