UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE
KOLLEL MATEH EFRAIM, LLC, a/k/a

Debtor
KOLLEL MATEH EFRAIM, LLC

Appellant
KOLLEL MATEH EFRAIM, LLC

              Appellant,
-against-

HELLEN-MAY HOLDINGS, LLC,

              Appellee.
------------------------------------------------------------------x

ORDER

07cv03407 (GBD)

GEORGE B. DANIELS, District Judge:

    Debtor/appellant Kollel Mateh Efraim, LLC is granted a final extension to October 10, 2007, to file appellant's memorandum of law in support of its appeal.

    If appellant fails to submit it's memorandum of law in support of its appeal by October 10, 2007, this appeal will be dismissed.

Dated: New York, New York
       October 2, 2007

SO ORDERED:

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge