```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:

KOLLEL MATEH EFRAIM, LLC,                              07 **CIVIL** 3407 (GBD)

            Debtor.                            **JUDGMENT**
------------------------------------------------------------X

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on March 31, 2008, having rendered its Order dismissing the appeal, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2008, the appeal is dismissed.

**Dated:** New York, New York
       April 3, 2008

                                                **J. MICHAEL McMAHON**
                                                      Clerk of Court
              BY:

                                                       Deputy Clerk

 

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____